IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO PEARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:17-CV-522-WKW |
| ) | [WO] |
| SECURITY FINANCE ) | |
| CORPORATION OF ALABAMA ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 32.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 32) is ADOPTED;

2. Defendants' Motion to Dismiss (Doc. # 16) is GRANTED;

3. Plaintiff's Motion for Sanctions (Doc. # 28) and Motion to Stay (Doc. # 29) are DENIED as moot.

A final judgment will be entered separately.

DONE this 28th day of November, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE