IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO PEARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:17-CV-522-WKW |
| ) | |
| SECURITY FINANCE ) | |
| CORPORATION OF ALABAMA ) | |
| INC., *et al*., ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 28th day of November, 2017.

                                                              /s/ W. Keith Watkins  
                                          CHIEF UNITED STATES DISTRICT JUDGE